IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIA XUE VANG,

        Plaintiff,                  No. 2:10-cv-02861 KJN

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.            <u>ORDER</u>

/

        The court entered judgment in this case on March 29, 2012.[1] On June 11, 2012, plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Dkt. No. 18). As of the date of this order, defendant has not filed a written opposition or a statement of non-opposition in response to plaintiff's motion.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    On or before August 16, 2012, defendant shall file either: (a) a stipulation and proposed order resolving plaintiff's fee motion; or (b) an opposition in response to plaintiff's motion.

---

[1] This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(15) and 28 U.S.C. § 636(c), and both parties voluntarily consented to proceed before a United States Magistrate Judge, 28 U.S.C. § 636(c)(1); Fed. R. Civ. P. 73; E. Dist. Local Rule 301. (Dkt. Nos. 6, 10.)

1

1    2.   If defendant files a written opposition to the motion, plaintiff may file a
2 reply brief within 14 days of the filing of the opposition.
3    3.   No hearing shall be held on plaintiff's motion unless otherwise ordered by
4 the court.
5    IT IS SO ORDERED.
6 DATED: July 9, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2