IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIA XUE VANG,

        Plaintiff,                  No. 2:10-cv-02861 KJN

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.            ORDER
_____/

        The court entered judgment in this case on March 29, 2012.[1]  On June 11, 2012, plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Dkt. No. 18).  As of the date of this order, defendant has not filed a written opposition or a statement of non-opposition in response to plaintiff's motion.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    On or before August 16, 2012, defendant shall file either: (a) a stipulation and proposed order resolving plaintiff's fee motion; or (b) an opposition in response to plaintiff's motion.

---

[1] This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(15) and 28 U.S.C. § 636(c), and both parties voluntarily consented to proceed before a United States Magistrate Judge, 28 U.S.C. § 636(c)(1); Fed. R. Civ. P. 73; E. Dist. Local Rule 301. (Dkt. Nos. 6, 10.)

1

1        2.     If defendant files a written opposition to the motion, plaintiff may file a reply brief within 14 days of the filing of the opposition.

      3.     No hearing shall be held on plaintiff's motion unless otherwise ordered by the court.

      IT IS SO ORDERED.

DATED: July 9, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE